UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

IZAEL ROSA,

    Plaintiff,

v.                                                  Case No: 5:24-cv-692-JSM-PRL

CIRCLE K STORES INC.,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal with Prejudice (Dkt. 15). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs except as otherwise agreed.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of August, 2025.

                                                JAMES S. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record